IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLAUDE WITHERS,

    Petitioner,                   No. CIV S-09-0339 GGH P

    vs.

CLAUSE FINN,

    Respondent.               ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

        Petitioner challenges the 2008 decision by the California Board of Parole Hearings (BPH) finding him unsuitable for parole. On May 16, 2008, the Ninth Circuit granted rehearing en banc in Hayward v. Marshall, 512 F.3d 536 (9th Cir. 2008).

        Accordingly, IT IS HEREBY ORDERED:

        1. Petitioner's application to proceed in forma pauperis is granted; and

1

1  2.  Within twenty days of the date of this order, petitioner shall show cause why
2 this action should not be administratively stayed pending the Ninth Circuit's decision in <u>Hayward</u>
3 <u>v. Marshall</u>, 512 F.3d 536 (9th Cir. 2008), *reh'g en banc granted,* __ F.3d __, No. 06-55392 (9th
4 Cir. filed May 16, 2008).
5 DATED: February 23, 2009

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

wi339.osc